IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JEANETTE JACKSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:05cv00877 SWW |
| | * | |
| UNITED PARCEL SERVICE, INC., | * | |
| | * | |
| Defendant. | * | |

## ORDER

Before the Court is a motion [doc.#30] of the plaintiff to compel defendant's responses to plaintiff's first set of interrogatories and request for production of documents. Plaintiff seeks answers to interrogatory nos. 10, 12, 14, 20, 22, 25, 26, and 28. The Court held a telephone conference on plaintiff's motion to compel on June 22, 2007, during which several rulings were made. Among other things, the Court finds that the geographic region for plaintiff's discovery should be limited to the State of Arkansas. In addition, subject to that geographic limitation, defendant is to provide to plaintiff the identity and relevant personal information (*e.g.*, race, gender, age, education) of each and every person both eligible for promotion to a position in management and those that were in fact promoted from 2002-2006. All other rulings made during the course of the telephone conference are incorporated into this Order as if set out word for word. Finally, the Court extends the discovery deadline to and including November 15,

2007, and extends the dispositive motions deadline to and including November 30, 2007.

       IT IS SO ORDERED this 28th day of June, 2007.

                                       /s/Susan Webber Wright
                                       UNITED STATES DISTRICT JUDGE